**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>Defendant. | Case No. 3:23-cv-01082-L- BJC<br><br>The Honorable M. James Lorenz<br><br>**JOINT MOTION TO VOLUNTARILY DISMISS** |

**JOINT MOTION TO VOLUNTARILY DISMISS**

Plaintiff Julie Jones, and Defendant Peloton Interactive, Inc. (collectively, "the Parties"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismiss this action. This dismissal is with prejudice as to the claims of Plaintiff and without prejudice as to the claims of putative class members, with the Parties to pay their own respective attorneys' fees and costs incurred in connection with this action.

DATED: September 30, 2024　　　　　　　Respectfully Submitted,

*/s/ Brandon M. Wise*
BRANDON M. WISE
(IL Bar # 6319580)*
*bwise@peifferwolf.com*
One US Bank Plaza
Suite 1950
St. Louis, MO 63101
Tel: (314) 833-4825

ANDREW R. TATE
(GA Bar # 518068)*
*atate@peifferwolf.com*
235 Peachtree Street NE
Suite 400
Atlanta, GA 30303
Tel: (404) 282-4806

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**

*/s/ Kas L. Gallucci*
RONALD A. MARRON
*ron@consumersadvocates.com*

1

ALEXIS M. WOOD
*alexis@consumersadvocates.com*
KAS L. GALLUCCI
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Tel: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF
RONALD A. MARRON**

*(*pro hac vice* granted)

*Attorneys for Plaintiff
and the Proposed Class*

*/s/ Kate T. Spelman (w/consent)*
Kate T. Spelman
*kspelman@jenner.com*
Rachael A. Goldman
*rgoldman@jenner.com*
515 S. Flower Street
Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Facsimile:(213) 239-5199

**JENNER & BLOCK LLP**

*Attorneys for Defendant*

2

*Jones v. Peloton, Inc.*
JOINT MOTION TO VOLUNTARILY DISMISS

1 **Signature Certification**

2 "Pursuant to Section 2(f)(4) of the Electronic Case Filing
3 Administrative Policies and Procedures Manual, I hereby certify that the content of
4 this document is acceptable to Brandon M. Wise, co-counsel for Plaintiff, and Kate
5 Spelman, counsel for Defendant, and that I have obtained Mr. Wise's and Ms.
6 Spelman's authorization to affix their electronic signatures to this document.

*/s/ Kas L. Gallucci*
Kas L. Gallucci