UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>Defendant. | Case No. 3:23-cv-1082-L-BJC<br><br>**ORDER GRANTING JOINT MOTION TO VOLUNTARILY DISMISS [ECF NO. 30]** |

Pending before the Court is a Joint Motion for Dismissal filed by Plaintiff Julie Jones and Defendant Peloton Interactive, Inc.. Good cause appearing, the Court grants the Parties' Joint Motion for Dismissal and dismisses the action WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendant, and WITHOUT PREJUDICE as to the class action claims asserted in the lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: October 1, 2024

_____
Hon. M. James Lorenz
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28